IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Janelle Hoover, et al., | NO. C 11-04614 JW |
|---|---|
| Plaintiffs, v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| American Medical Systems, Inc., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on February 13, 2012. On January 18, 2012, the Court granted Defendant's motion to stay this case, and stayed "[a]ll proceedings in this action . . . pending resolution of [an] MDL Panel proceeding."[1]

In light of its January 18 Order, the Court VACATES the February 13 Case Management Conference.

Dated:  February 7, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Order Granting Defendant's Motion to Stay at 3-4, hereafter, "January 18 Order," Docket Item No. 13 at 3-4.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Eskin aeskin@hershlaw.com
Claire Hass chass@reedsmith.com
J. David Bickham dbickham@reedsmith.com
Phillip Howard Babich pbabich@reedsmith.com

**Dated: February 7, 2012**                              **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                **Susan Imbriani**
                                                                **Courtroom Deputy**