IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Janelle Hoover, et al., | NO. C 11-04614 JW |
| Plaintiffs,<br>v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| American Medical Systems, Inc., | |
| Defendant. | |

This case is scheduled for a Case Management Conference on February 13, 2012. On January 18, 2012, the Court granted Defendant's motion to stay this case, and stayed "[a]ll proceedings in this action . . . pending resolution of [an] MDL Panel proceeding."[1]

In light of its January 18 Order, the Court VACATES the February 13 Case Management Conference.

Dated: February 7, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Order Granting Defendant's Motion to Stay at 3-4, hereafter, "January 18 Order," Docket Item No. 13 at 3-4.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy Eskin aeskin@hershlaw.com
Claire Hass chass@reedsmith.com
J. David Bickham dbickham@reedsmith.com
Phillip Howard Babich pbabich@reedsmith.com

**Dated:  February 7, 2012**                                **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
             Susan Imbriani
             Courtroom Deputy**